## Mrs. Velma Maechtle, Appellee, v. Checker Taxi Company, Appellant.

**Gen. No. 41,655.**

opinion filed June 9, 1941; supplemental opinion filed and rehearing denied June 23, 1941. Julius Jesmer, for appellant; Julius Jesmer and Chester L. Harris, of counsel; Klein, Harrow & Wilkinson and Andrew J. Farrell, for appellee; Arthur W. Klein and John O. Wilkinson of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''